IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 MAY 13 AM 11:08

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| PHEBIE HARRINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: **05-2354-B P** |
| vs. | ) |
| | ) |
| MERCK & CO., INC.; | ) |
| SARAH C. CAPOCACCIA; | ) |
| STEPHANIE B. ISON; | ) **JURY DEMAND** |
| PATRICIA BLASINGAME; | ) |
| JENNIFER PACE; | ) |
| CRAIG BRELAND and | ) |
| EDWYNA R. BONNER | ) |
| | ) |
| Defendants. | ) |

TMP [~~PROPOSED~~] ORDER GRANTING STAY PENDING TRANSFER DECISION
BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**THIS CAUSE** came before the Court on the motion of Defendant Merck & Co. Inc. to stay all pre-trial proceedings in this action, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re VIOXX Products Liab. Litig.* (MDL-1657), the proceeding that has been established in the Eastern District of Louisiana to coordinate all product liability cases involving alleged health risks from VIOXX®. The Court, having considered the motion, the entire record in the cause, and the fact the Plaintiff does not oppose the motion, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that all pre-trial proceedings in this action shall be stayed, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re VIOXX Products Liab. Litig.* (MDL-1657).

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-17-05

SO ORDERED, ADJUDGED and DECREED, this the \_\_13\_\_ day of \_\_May\_\_,
2005.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate

JACKSON 1040393v1

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02354 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Joseph R. Alexander
Mithoff & Jacks
One Allen Center Penthouse
500 Dallas
Houston, TX 77002

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Steven G. Ohrvall
HILL BOREN- Jackson
1269 N. Highland Ave.
P.O. Box 3539
Jackson, TN 38303--353

Tommy Jacks
Mithoff & Jacks
111 Congress Avenue
Suite 1010
Austin, TX 78701

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Mark Guerrero
Mithoff & Jacks, P.C.
111 Congress Avenue
Suite 1010
Austin, TX 78701

Alyson Bustamante
BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Richard Warren Mithoff
MITHOFF & JACKS, P.C.
One Allen Center Penthouse
500 Dallas
Houston, TX 77002

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

James L. Wright
Mithoff & Jacks, P.C.
111 Congress Avenue
Suite 1010
Austin, TX 78701

Honorable J. Breen
US DISTRICT COURT