IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 17 PM 4:45

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| PHEBIE HARRINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civ. No. 05-2354-B/P |
| ) | |
| MERCK & CO., INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION BY DEFENDANT MERCK & CO., INC. TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Before the Court is Defendant Merck & Co., Inc.'s Motion to Stay all Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation filed on May 11, 2005 (Dkt #6). This matter was referred to the magistrate judge for determination. For good cause shown, and the defendant having no opposition thereto, defendant's motion is GRANTED. The parties are ORDERED to contact the undersigned magistrate judge within three (3) days if this case is not transferred.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

5/17/05
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-18-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02354 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Joseph R. Alexander
Mithoff & Jacks
One Allen Center Penthouse
500 Dallas
Houston, TX 77002

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Steven G. Ohrvall
HILL BOREN- Jackson
1269 N. Highland Ave.
P.O. Box 3539
Jackson, TN 38303--353

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Mark Guerrero
Mithoff & Jacks, P.C.
111 Congress Avenue
Suite 1010
Austin, TX 78701

Richard Warren Mithoff
MITHOFF & JACKS, P.C.
One Allen Center Penthouse
500 Dallas
Houston, TX 77002

Alyson Bustamante
BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

James L. Wright
Mithoff & Jacks, P.C.
111 Congress Avenue
Suite 1010
Austin, TX 78701

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Tommy Jacks
Mithoff & Jacks
111 Congress Avenue
Suite 1010
Austin, TX 78701

Honorable J. Breen
US DISTRICT COURT