IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED ___ __ /s/ ___ D.C.

05 MAY 31  PM 1:55

Robert R. Di Trolio
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

| | |
|---|---|
| PHEBIE HARRINGTON,<br><br>　　Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC.; SARAH C. CAPOCACCIA; STEPHANIE B. ISON; PATRICIA BLASINGAME; JENNIFER PACE; CRAIG BRELAND and EDWYNA R. BONNER,<br><br>　　Defendants | Case No.: 2:05-cv-02354-JDB-tmp |

MOTION GRANTED /s/
U.S. MAGISTRATE J.

5/31/05
DATE

## _UNOPPOSED MOTION TO MODIFY STAY_

　　The Plaintiff, Phebie Harrington, files this Motion to Modify Stay and would respectfully show the following:

　　On April 18, 2005, Plaintiff filed her Complaint for Personal Injuries against Merck & Co., Inc. (Merck) and other parties in the Circuit Court for Shelby County in Memphis, Tennessee. On May 11, 2005, Defendant Merck filed a Notice of Removal removing this litigation to this court. Also on May 11, 2005, Defendant Merck filed a Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation.

　　Plaintiff's Motion to Remand responsive to Defendant's removal is due by June 10, 2005. Nonetheless, on May 13, 2005 and on May 17, 2005, this court issued orders granting Merck's Motion to Stay pending the transfer decision from the Judicial Panel on Multidistrict Litigation.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-31-05



Plaintiff therefore files this motion requesting that the stay be modified solely for the purpose of allowing her to file her Motion to Remand.

Plaintiff has conferred with Defendant Merck, who has consented and has agreed not to oppose this motion.

Plaintiff understands that as a result of previous orders, her Motion for Remand will be considered by the Multidistrict Litigation Court for No. 1657, Vioxx Litigation.

Plaintiff therefore requests this court to modify its Order Granting Stay and its Order Granting Motion by Defendant Merck & Co., Inc. To Stay All Proceedings for the sole purpose of allowing Plaintiff to file her Motion to Remand.

Respectfully submitted,

James L. "Larry" Wright, BPR #024215
JACKS LAW FIRM
111 Congress Avenue, Suite 1010
Austin, Texas 78701
512-478-4422
512-478-5015 fax

T. Robert Hill, BPR #008141
Steven G. Ohrvall, BPR #023414
HILL BOREN P.C.
1269 N. Highland Avenue
Jackson, Tennessee 38301
731-723-3300

Joseph R. Alexander, Jr., TX Bar No. 00995150
MITHOFF LAW FIRM
One Allen Center Penthouse
500 Dallas Street
Houston, TX 77002
713-654-1122
713-739-8085 fax

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is attorney of record for Plaintiff and has served a true and correct copy of the foregoing pleading by United States Mail, postage paid, to counsel of record listed below.

This the 24 day of May, 2005.

JACKS LAW FIRM

James L. "Larry" Wright

Charles C. Harrell
Lisa M. Martin
Alyson L. Bustamante
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
tel: (901) 680-7200
fax: (901) 680-7201
Attorneys for Defendant Merck & Co., Inc.
    and Defendant Sales Representatives

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02354 was distributed by fax, mail, or direct printing on May 31, 2005 to the parties listed.

---

Joseph R. Alexander
Mithoff & Jacks
One Allen Center Penthouse
500 Dallas
Houston, TX 77002

Mark Guerrero
Mithoff & Jacks, P.C.
111 Congress Avenue
Suite 1010
Austin, TX 78701

James L. Wright
Mithoff & Jacks, P.C.
111 Congress Avenue
Suite 1010
Austin, TX 78701

Steven G. Ohrvall
HILL BOREN- Jackson
1269 N. Highland Ave.
P.O. Box 3539
Jackson, TN 38303--353

Alyson Bustamante
BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Richard Warren Mithoff
MITHOFF & JACKS, P.C.
One Allen Center Penthouse
500 Dallas
Houston, TX 77002

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Tommy Jacks
Mithoff & Jacks
111 Congress Avenue
Suite 1010
Austin, TX 78701

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT