A CERTIFIED TRUE COPY

JUN 29 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED JUL 12 2005

LORETTA G. WHYTE
DOCKET NO. 1657

Case 2:05-cv-02354-JDB-tmp   Document 14   Filed 07/25/05   Page 1 of 13   PageID 16

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 13 2005

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX PRODUCTS LIABILITY LITIGATION*   05-2354-B

*(SEE ATTACHED SCHEDULE)*

### CONDITIONAL TRANSFER ORDER (CTO-14)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 542 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
JUL 20 2005
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

## SCHEDULE CTO-14 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN  1  05-917 | Robert Abernathey, etc. v. Merck & Co., Inc. | 05-2880 |
| ALN  2  05-890 | Dawn Kirkland v. Merck & Co., Inc. | 05-2881 |
| ALN  6  05-906 | Wilbur Clifford Davis v. Merck & Co., Inc. | 05-2882 |
| ALN  6  05-907 | Douglas McArthur Foster v. Merck & Co., Inc. | 05-2883 |
| **ALABAMA SOUTHERN** | | |
| ALS  1  05-277 | Hershel Carl Martin, Jr., et al. v. Merck & Co., Inc. | 05-2884 |
| **ARKANSAS EASTERN** | | |
| ARE  3  05-90 | Stephen Cook v. Merck & Co., Inc. | 05-2885 |
| ARE  5  05-141 | William Beck v. Merck & Co., Inc. | 05-2886 |
| **ARKANSAS WESTERN** | | |
| ARW  6  05-6036 | John Munro, et al. v. Merck & Co., Inc. | 05-2887 |
| **CALIFORNIA CENTRAL** | | |
| CAC  2  05-1570 | Grant Desmet, et al. v. Merck & Co., Inc. | 05-2888 |
| CAC  2  05-3106 | Scott Blair v. Merck & Co., Inc. | 05-2889 |
| **CALIFORNIA EASTERN** | | |
| ~~CAE  2  05-750~~ | ~~John Martin v. Merck & Co., Inc., et al~~ Opposed 6/29/05 | |
| CAE  2  05-914 | Carol Davidson, et al. v. Merck & Co., Inc. | 05-2890 |
| **CALIFORNIA NORTHERN** | | |
| CAN  3  05-1039 | Bijuli Pande v. Merck & Co., Inc. | 05-2891 |
| CAN  3  05-1838 | Glen Martin, et al. v. Merck & Co., Inc. | 05-2892 |
| CAN  3  05-1839 | Roy J. Gramlich v. Merck & Co., Inc. | 05-2893 |
| CAN  4  05-1947 | Howard Mathews, et al. v. Merck & Co., Inc. | 05-2894 |
| **CALIFORNIA SOUTHERN** | | |
| ~~CAS  3  05-943~~ | ~~Alvin Williams v. Merck & Co., Inc., et al~~ Opposed 6/24/05 | |
| ~~CAS  3  05-944~~ | ~~Margaret Stein v. Merck & Co., Inc., et al~~ Opposed 6/24/05 | |
| ~~CAS  3  05-945~~ | ~~Otis Anderson v. Merck & Co., et al~~ Opposed 6/24/05 | |
| ~~CAS  3  05-947~~ | ~~Joan Ongley v. Merck & Co., Inc., et al~~ Opposed 6/24/05 | |
| ~~CAS  3  05-948~~ | ~~Hilda Armenta v. Merck & Co., Inc., et al~~ Opposed 6/24/05 | |
| ~~CAS  3  05-949~~ | ~~Robert Levesque v. Merck & Co., Inc., et al~~ Opposed 6/24/05 | |
| ~~CAS  3  05-950~~ | ~~Clancy Lucille Holloway v. Merck & Co., et al~~ Opposed 6/24/05 | |
| ~~CAS  3  05-951~~ | ~~Laura Martinez v. Merck & Co., Inc., et al~~ Opposed 6/24/05 | |
| ~~CAS  3  05-952~~ | ~~Lecia Brown v. Merck & Co., Inc., et al~~ Opposed 6/24/05 | |
| ~~CAS  3  05-953~~ | ~~Clarice Forbes v. Merck & Co., Inc., et al~~ Opposed 6/24/05 | |
| ~~CAS  3  05-954~~ | ~~Robert Castro v. Merck & Co., Inc., et al~~ Opposed 6/24/05 | |
| ~~CAS  3  05-957~~ | ~~Joseph Capozzi v. Merck & Co., Inc., et al~~ Opposed 6/24/05 | |
| ~~CAS  3  05-958~~ | ~~Anna Lemmons v. Merck & Co., Inc., et al~~ Opposed 6/24/05 | |
| ~~CAS  3  05-959~~ | ~~Richard Brown v. Merck & Co., et al~~ Opposed 6/24/05 | |
| ~~CAS  3  05-960~~ | ~~Aida Hernandez v. Merck & Co., Inc., et al~~ Opposed 6/24/05 | |
| ~~CAS  3  05-961~~ | ~~Harvey Persh v. Merck & Co., Inc., et al~~ Opposed 6/24/05 | |
| ~~CAS  3  05-962~~ | ~~Robert Scott v. Merck & Co., Inc., et al~~ Opposed 6/24/05 | |
| ~~CAS  3  05-963~~ | ~~Violet Abramson v. Merck & Co., Inc., et al~~ Opposed 6/24/05 | |
| ~~CAS  3  05-964~~ | ~~Carmen Esquer v. Merck & Co., Inc., et al~~ Opposed 6/24/05 | |

| DISTRICT DIV. C.A | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **FLORIDA MIDDLE** | | |
| FLM 2 05-202 | Robert Lane v. Merck & Co., Inc. | 05-2895 |
| FLM 3 05-374 | Mary Ann Cantwell v. Merck & Co., Inc. | 05-2896 |
| FLM 8 05-773 | Ruby White v. Merck & Co., Inc., et al. | 05-2897 |
| FLM 8 05-902 | Sigmund T. Kraszka, et al. v. Merck & Co., Inc. | 05-2898 |
| **FLORIDA NORTHERN** | | |
| FLN 3 05-153 | Jane C. Baker, etc. v. Merck & Co., Inc. | 05-2899 |
| **FLORIDA SOUTHERN** | | |
| FLS 0 05-60121 | Abigail Altu v. Merck & Co., Inc. | 05-2900 |
| FLS 0 05-60386 | Peter Cavari, et al. v. Merck & Co., Inc. | 05-2901 |
| FLS 1 05-21135 | Launa Cobb v. Merck & Co., Inc. | 05-2902 |
| **GEORGIA MIDDLE** | | |
| GAM 5 05-137 | Marinda Wiley v. Merck & Co., Inc. | 05-2903 |
| GAM 6 05-19 | Joe A. Braswell v. Merck & Co., Inc. | 05-2904 |
| **GEORGIA NORTHERN** | | |
| GAN 1 05-1125 | Clarence L. Carr v. Merck & Co., Inc. | 05-2905 |
| **GEORGIA SOUTHERN** | | |
| GAS 2 05-87 | Melvie Whitehead v. Merck & Co., Inc. | 05-2906 |
| GAS 2 05-88 | Mary C. Washington v. Merck & Co., Inc. | 05-2907 |
| GAS 2 05-89 | Louise H. Dallas v. Merck & Co., Inc. | 05-2908 |
| GAS 5 05-33 | Linda L. Poole v. Merck & Co., Inc. | 05-2909 |
| GAS 5 05-34 | Lavada Sears v. Merck & Co., Inc. | 05-2910 |
| **IOWA SOUTHERN** | | |
| IAS 4 05-158 | James B. Smith, etc. v. Merck & Co., Inc. | 05-2911 |
| **IDAHO** | | |
| ID 1 05-162 | Calvin Kinghorn v. Merck & Co., Inc. | 05-2912 |
| **ILLINOIS NORTHERN** | | |
| ILN 1 05-2715 | Edward Lee Barrow, etc. v. Merck & Co., Inc. | 05-2913 |
| ILN 1 05-2744 | Aldo Calandra, et al. v. Merck & Co., Inc. | 05-2914 |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS 3 05-315~~ | ~~Rosie May Spann v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| ILS 3 05-328 | Marilyn Fleming v. Merck & Co., Inc. | 05-2915 |
| ILS 3 05-330 | Gary Willis v. Merck & Co., Inc. | 05-2916 |
| ILS 3 05-340 | Nancy Marcum v. Merck & Co., Inc. | 05-2917 |
| **KANSAS** | | |
| KS 2 05-2189 | Nancy L. Brockschmidt, etc. v. Merck & Co., Inc. | 05-2918 |
| **LOUISIANA MIDDLE** | | |
| LAM 3 05-312 | Lynois LeBeau, et al. v. Merck & Co., Inc. | 05-2919 |
| **LOUISIANA WESTERN** | | |
| LAW 2 05-827 | Geneva Thibodeaux, et al., et al. v. Merck & Co., Inc. | 05-2920 |

| DISTRICT DIV. C.A | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| MASSACHUSETTS | | |
| MA 1 05-10819 | Eleanor Campanale, etc. v. Merck & Co., Inc. | 05-2921 |
| MA 1 05-10882 | Marie Stanley v. Merck & Co., Inc. | 05-2922 |
| MA 1 05-10931 | Commonwealth Care Alliance, et al. v. Merck & Co., Inc. | 05-2923 |
| MA 1 05-10947 | Jeanette Anderson, etc. v. Merck & Co., Inc. | 05-2924 |
| MARYLAND | | |
| MD 1 05-1219 | Sadie M. Testerman v. Merck & Co., Inc. | 05-2925 |
| MD 1 05-1258 | Hugh Nicholson, et al. v. Merck & Co., Inc. | 05-2926 |
| MINNESOTA | | |
| MN 0 05-862 | Lydia Chowning, etc. v. Merck & Co., Inc. | 05-2927 |
| MISSOURI EASTERN | | |
| ~~MOE 4 05-557~~ | ~~Dorothy Ganser, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| MOE 4 05-630 | Lavona Neal, et al. v. Merck & Co., Inc., et al. | 05-2928 |
| ~~MOE 4 05-631~~ | ~~Dorothy Kassing, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| ~~MOE 4 05-632~~ | ~~Shirley Zook, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| ~~MOE 4 05-665~~ | ~~Andrew Kisty, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| ~~MOE 4 05-666~~ | ~~Virginia Keil, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| MOE 4 05-667 | Margaret Molder, et al. v. Merck & Co., Inc., et al. | 05-2929 |
| ~~MOE 4 05-668~~ | ~~Mary Benson, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| ~~MOE 4 05-669~~ | ~~Earlie Douglas, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| MOE 4 05-670 | Walter Dochsteiner, et al. v. Merck & Co., Inc., et al. | 05-2930 |
| ~~MOE 4 05-671~~ | ~~Ricardo Lara, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| MOE 4 05-672 | Joseph Squillace, et al. v. Merck & Co., Inc., et al. | 05-2931 |
| ~~MOE 4 05-673~~ | ~~Loretta Trinidad, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| ~~MOE 4 05-674~~ | ~~David Moultrie, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| ~~MOE 4 05-675~~ | ~~Irene Rogers, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| NORTH CAROLINA WESTERN | | |
| NCW 1 05-205 | Susan Carol Fisher v. Merck & Co., Inc. | 05-2932 |
| NEW JERSEY | | |
| NJ 3 05-1491 | Ferdinand Minibauer v. Merck & Co., Inc. | 05-2933 |
| NEW MEXICO | | |
| NM 1 05-488 | Magda Wright, etc. v. Merck & Co., Inc. | 05-2934 |
| NEW YORK EASTERN | | |
| NYE 1 05-2313 | John Colligan v. Merck & Co., et al. | 05-2935 |
| NEW YORK NORTHERN | | |
| NYN 1 05-518 | William R. Crounse, et al. v. Merck & Co., Inc. | 05-2936 |
| NEW YORK SOUTHERN | | |
| NYS 1 05-4428 | Diane Reid v. Merck & Co., Inc., et al. | 05-2937 |
| NEW YORK WESTERN | | |
| ~~NYW 6 05-6211~~ | ~~Gregory Saulpaugh, et al. v. Merck & Co., Inc., et al.~~ Opposed 6/21/05 | |

| DISTRICT DIV. C.A | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **OHIO NORTHERN** | | |
| OHN 1 05-1166 | Denzil Mahon, et al. v. Merck & Co., Inc. | 05-2938 |
| OHN 1 05-1175 | Eugene Hamilton v. Merck & Co., Inc. | 05-2939 |
| OHN 1 05-1176 | Virginia Green v. Merck & Co., Inc. | 05-2940 |
| OHN 1 05-1177 | Laura Grodek, et al. v. Merck & Co., Inc. | 05-2941 |
| OHN 1 05-1178 | Julian D. Cohen, et al. v. Merck & Co., Inc. | 05-2942 |
| OHN 1 05-1179 | Charles R. Wireman, et al. v. Merck & Co., Inc. | 05-2943 |
| **OHIO SOUTHERN** | | |
| OHS 1 05-301 | Mary Rose Couch, et al. v. Merck & Co., Inc., et al. | 05-2944 |
| OHS 2 05-330 | Judith K. Drum v. Merck & Co., Inc. | 05-2945 |
| OHS 2 05-355 | Deloris Ivers, et al. v. Merck & Co., Inc. | 05-2946 |
| OHS 2 05-434 | Steven Knicely, et al. v. Merck & Co., Inc. | 05-2947 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 05-1856 | Lynda Richardson, etc. v. Merck & Co., Inc., et al. | 05-2948 |
| PAE 2 05-1875 | Nancy Brenner, et al. v. Merck & Co., Inc., et al. | 05-2949 |
| PAE 2 05-2005 | Henry J. Myers, et al. v. Merck & Co., Inc. | 05-2950 |
| PAE 2 05-2014 | Delores M. Korman, et al. v. Merck & Co., Inc. | 05-2951 |
| PAE 2 05-2110 | Scott E. French, et al. v. Merck & Co., Inc. | 05-2952 |
| PAE 2 05-2156 | Robert E. Pierson, et al. v. Merck & Co., Inc. | 05-2953 |
| PAE 2 05-2204 | Frederick Bianchino, Jr., et al. v. Merck & Co., Inc. | 05-2954 |
| PAE 2 05-2269 | Donald Payne, et al. v. Merck & Co., Inc., et al. | 05-2955 |
| **PENNSYLVANIA MIDDLE** | | |
| PAM 3 05-840 | Bernard L. Holleran, M.D. v. Merck & Co., Inc. | 05-2956 |
| PAM 4 05-934 | Timothy Lewis v. Merck & Co., Inc. | 05-2957 |
| **SOUTH CAROLINA** | | |
| SC 6 05-1216 | Mark A. Roberson v. Merck & Co., Inc. | 05-2958 |
| **TENNESSEE EASTERN** | | |
| TNE 1 05-104 | Mickey E. Cunningham, et al. v. Merck & Co., Inc. | 05-2959 |
| TNE 1 05-106 | Herbert L. Cannon, et al. v. Merck & Co., Inc. | 05-2960 |
| TNE 1 05-112 | Wendy A. Burke v. Merck & Co., Inc. | 05-2961 |
| **TENNESSEE MIDDLE** | | |
| TNM 3 05-347 | Lorraine Sawyer, etc. v. Merck & Co., Inc. | 05-2962 |
| **TENNESSEE WESTERN** | | |
| TNW 1 05-1119 | Betty Elaine Kreider, et al. v. Merck & Co., Inc., et al. | 05-2963 |
| TNW 1 05-1120 | Evelyn S. Ellison v. Merck & Co., Inc., et al. | 05-2964 |
| TNW 1 05-1121 | Teresa A. Davis v. Sarah C. Capocaccia, et al. | 05-2965 |
| TNW 2 05-2294 | Kellah M. Allgood, et al. v. Merck & Co., Inc., et al. | 05-2966 |
| TNW 2 05-2354 | Phebie Harrington v. Merck & Co., Inc., et al. | 05-2967 |
| **TEXAS EASTERN** | | |
| TXE 2 05-167 | Pansy Adams, et al. v. Merck & Co., Inc. | 05-2968 |
| **TEXAS NORTHERN** | | |
| TXN 4 05-306 | Jimmy E. Davis v. Merck & Co., Inc. | 05-2969 |
| **VIRGINIA EASTERN** | | |
| VAE 3 05-202 | Ambrose S. Chatam v. Merck & Co., Inc. | 05-2970 |
| VAE 3 05-203 | Ann Gail Newton, etc. v. Merck & Co., Inc. | 05-2971 |

Case 2:05-cv-02354-JDB-tmp   Document 14   Filed 07/25/05   Page 6 of 13   PageID 21

| DISTRICT DIV. C.A | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| VIRGINIA WESTERN VAW 5 05-25 | Michael L. Buracker v. Merck & Co., Inc. | 05-2972 |
| VERMONT VT 2 05-112 | Guy Christie, et al. v. Merck & Co., Inc. | 05-2973 |
| WASHINGTON EASTERN WAE 2 05-124 | Shirley Dubuque, et al. v. Merck & Co., Inc. | 05-2974 |
| WASHINGTON WESTERN ~~WAW 2 05-759~~ | ~~Robert K. Waitt v. Merck & Co., Inc., et al.~~ Opposed 6/28/05 | |
| WISCONSIN WESTERN WIW 3 05-78 | Janice Lane, etc. v. Merck & Co., Inc. | 05-2975 |
| WYOMING WY 2 05-129 | Hazel Rudy, etc. v. Merck & Co., Inc. | 05-2976 |

# INVOLVED COUNSEL LIST (CTO-14)
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Bradley E. Abruzzi
Foley Hoag
155 Seaport Blvd.
Seaport World Trade Center West
Boston, MA 02210-2170

Kevin J. Adrian
Brown & James
1010 Market Street, 20th Floor
St Louis, MO 63101

Joseph R. Alexander, Jr.
Mithoff & Jacks, L.L.P.
500 Dallas Street, Suite 3450
Houston, TX 77002

Susan B. Altman
Reed Smith, LLP
Professional Corporation
Two Embarcadero Center, Suite 2000
San Francisco, CA 94120-7936

Rebekah R. Arch
Ashcraft & Gerel, LLP
2000 L Street, NW, Suite 400
Washington, DC 20036

Clayeo Arnold
608 University Avenue
Sacramento, CA 95825

A. Elizabeth Balakhani
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Lee B. Balefsky
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Edward Lee Barrow
324 S. Whipple
Chicago, IL 60612

Kevin F. Berry
Cozen & O'Connor
The Atrium
1900 Market Street, Third Floor
Philadelphia, PA 19103

Jimmy W. Bilbo
Logan, Thompson, Miller, Bilbo, et al.
P.O. Box 191
Cleveland, TN 37364-0191

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

Steven J. Boranian
Reed Smith, LLP
P.O. Box 7936
San Francisco, CA 94120-7936

Margaret M. Branch
Branch Law Firm
2025 Rio Grande Boulevard, N.W.
Albuquerque, NM 87104

Rickey J. Brantley
Jose, Henry, Brantley & Keltner
675 North Henderson Street
Ft. Worth, TX 76107

Thomas P. Brennan
Gallagher, Brennan & Gill
220 Pierce Street
Kingston, PA 18704-4641

Eugene C. Brooks, IV
Brooks Law Firm
313 West York Street
P.O. Box 9545
Savannah, GA 31412-9545

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

Robert A. Bunda
Bunda, Stutz & DeWitt
One Seagate, Suite 650
Toledo, OH 43604

Alyson L. Bustamante
Butler, Snow, O'mara, Stevens
& Cannada, PLLC
Crescent Center, Suite 500
6075 Poplar Avenue
P. O. Box 171443
Memphis, TN 38187-1443

Evan D. Buxner
Walther Glenn Law Associates
1034 S. Brentwood Blvd., Suite 1300
St. Louis, MO 63117-1322

Andrew J. Carboy
Sullivan, Papain, Block, McGrath
& Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Stan Casper
Casper, Meadows & Schwartz
2121 North California Blvd., Suite 1020
Walnut Creek, CA 94596

Gary Yunchian Chen
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Amanda M. Cialkowski
Halleland, Lewis, Nilan, Sipkins
& Johnson
220 South 6th Street, Suite 600
Minneapolis, MN 55402

Andrew T. Citrin
Citrin & McGlothren
P.O. Drawer 2187
Daphne, AL 36526

John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox
& Garofoli
1220 Huron Road, Suite 1000
Cleveland, OH 44115

Roger Thomas Creager
Marks & Harrison
1512 Willow Lawn Drive
P.O. Box 6569
Richmond, VA 23230-0569

Francis J. Curran, Jr.
Law Offices of Francis J. Curran, Jr.
& Associates
200 East State Street, Suite 110
Media, PA 19063

Dan Cytryn
Cytryn & Santana
8100 North University Drive, Suite 202
Tamarac, FL 33321

John A. Dalimonte
Karon & Dalimonte
85 Devonshire Street, Suite 1000
Boston, MA 02109

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street
2930 City Center Square
Kansas City, MO 64105

John A. Day
Branham & Day, P.C.
5300 Maryland Way, Suite 300
Brentwood, TN 37027

Nicholas A. DiCello
Spangenberg, Shibley & Liber, LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

Anthony M. DiLeo
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

David A. Dick
Thompson Coburn, LLP
One US Bank Plaza
St Louis, MO 63101

William Dinkes
Dinkes & Morrelli
112 Madison Avenue
New York, NY 10016

Hugh A. Donaghue
Donaghue & Bradley
13 West Third Street
Media, PA 19063

Glenn A. Dorfman
Glenn A. Dorfman Law Offices
225 E. Carrillo Street, Suite 903
Santa Barbara, CA 93101

Jeffrey Keith Douglass
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044

A. Bradley Dozier, Jr.
Johnson & Benjamin
730 Peachtree Street, NE, Suite 750
Atlanta, GA 30308

John Driscoll
Brown & Crouppen
720 Olive Street, Suite 1800
St. Louis, MO 63101-2302

Joel T. Faxon
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Donald J. Feinberg
Feinberg & Silva
2000 Market St., Suite 1805
Philadelphia, PA 19103-3293

M. Albert Figinski
Law Offices of Peter G. Angelos
100 N. Charles Street, 20th Floor
Baltimore, MD 21201

Francis J. Flynn
Jeffrey J. Lowe, P.C.
8235 Forsyth, Suite 1100
St. Louis, MO 63105

Leonard V. Fodera
Silverman & Fodera
1835 Market Street
Eleven Penn Center, Suite 2600
Philadelphia, PA 19103-2968

Franklin J. Foil
Henchy, Verbois & Foil
P.O. Box 80523
7904 Wrenwood Blvd., Suite C
Baton Rouge, LA 70898-0523

James P. Frickleton
Bartimus, Frickleton, Robertson
& Obetz, P.C.
11150 Overbrook Drive, Suite 200
Leawood, KS 66211

Henry G. Garrard, III
Blasingame, Burch, Garrard, Bryant
& Ashley
440 College Avenue North
P.O. Box 832
Athens, GA 30603

Evan S. Glanz
Gibbons, Del Deo, Dolan,
Griffinger, et al.
One Riverfront Plaza
Newark, NJ 07102

Gregg Matthew Goldfarb
19 W. Flagler Street, Suite 703
Maimi, FL 33130

Pam Warnock Green
McNabb, Bragorgos & Burgess, PLLC
81 Monroe Avenue, Sixth Floor
Memphis, TN 38103-5402

Steve P. Gregory
Dice & Gregory, LLC
2824 Seventh Street
Tuscaloosa, AL 35401

Suzanne M. Gregory
Merck & Co., Inc.
P.O. Box 1000
North Wales, PA 19454-1099

Thomas D. Haklar
Dougherty, Hildre & Haklar
2550 Fifth Avenue, Suite 600
San Diego, CA 92103-6624

Dan H. Hall
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Kimberly K. Hardeman
Moyer & Bergman, P.L.C.
2720 1st Avenue, NE
P.O. Box 1943
Cedar Rapids, IA 52406-1943

Charles C. Harrell
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
6075 Poplar Ave., Suite 500
Memphis, TN 38119

Renee Daigle Harrell
Harrell & Harrell, PA
4735 Sunbeam Road
Jacksonville, FL 32257

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Joseph K. Hetrick
Dechert, Price & Rhoads
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793

T. Robert Hill
Hill Boren
1269 North Highland Avenue
P.O. Box 3539
Jackson, TN 38303-0539

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street, Suite 4100
Seattle, WA 98101-3926

Gary Holt
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

William G. Holt
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Richard H. Honaker
Honaker Law Offices
P.O. Box 366
Rock Springs, WY 82902

Michael K. Houtz
Morgan & Morgan, P.A.
101 E. Kennedy Blvd., Suite 1790
Tampa, FL 33602

Kerry N. Jardine
Burg, Simpson, Eldredge, Hersh & Jardine, P.C.
40 Inverness Drive East
Englewood, CO 80112-2866

Gerald Jowers
Janet, Jenner & Suggs, LLC
500 Taylor Street, Suite 301
Columbia, SC 29201

Samuel W. Junkin
Samuel W. Junkin, PC
Alston Place
601 Greensboro Avenue, Suite 600
Tuscaloosa, AL 35401

Kristofer Kallman
Kristofer Kallman Law Offices
2019 State Street, Suite B
Santa Barbara, CA 93105-3553

Patricia J. Kasputys
Law Offices of Peter G. Angelos
One Charles Center
100 North Charles Street, 20th Floor
Baltimore, MD 21201

James M. Kelley, III
Elk & Elk
6110 Parkland Boulevard
Mayfield Heights, OH 44124

Robert W. Kerpsack
Robert W. Kerpsack Co., LPA
21 East State Street, Suite 300
Columbus, OH 43215

Rosalie Euna Kim
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Joy A. Kruse
Lieff Cabraser Heimann & Bernstein
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

John F. Kupris
47 Winter Street, 4th Floor
Boston, MA 02108

Robert A. Kurtz
1 South Main Street
Shenandoah, PA 17976

David C. Landever
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue West
Cleveland, OH 44115

Gregory M. Lederer
Simmons, Perrine, Albright & Ellwood
115 Third Street, SE, Suite 1200
Cedar Rapids, IA 52401-1266

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Jeffrey J. Lowe
Jeffrey J. Lowe, P.C.
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Patricia E. Lowry
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Anne MacArthur
Habush, Habush & Rottier, S.C.
150 East Gilman Street, Suite 2000
Madison, WI 53703

Brian J. Madden
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

James Mark Mann
Welborn, Houston, Adkison, Mann & Sadler
P.O. Box 1109
Henderson, TX 75653-1109

Jean Martin
Wallace & Graham
525 North Main Street
Salisbury, NC 28144

Lisa M. Martin
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
Crescent Center, Suite 500
6075 Poplar Avenue
P.O. Box 171443
Memphis, TN 38119

Floyd L. Matthews, Jr.
Spohrer, Wilner, Maxwell & Matthews, P.A
701 West Adams Street, Suite 2
Jacksonville, FL 32204

Timothy F. McCurdy
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441

James J. McHugh
Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107

John D. McMahan
McMahan Law Firm
323 High Street
Chattanooga, TN 37403

Leland M. McNabb
McNabb, Bragorgos & Burgess, PLLC
81 Monroe Avenue, Sixth Floor
Memphis, TN 38103-5402

Christopher M. McNally
Circuit Court for Baltimore City
Clarence Mitchell Courthouse
111 N. Calvert Street
Baltimore, MD 21202

James J. Moran
Moran & Kufta, PC
200 Canal View Drive, Suite 206
Rocheter, NY 14623

Eugene Edward Murphy, Jr.
Bryan Cave, LLP
161 North Clark, #4800
Chicago, IL 60601-3206

Bruce Heller Nagel
Nagel, Rice & Mazie, LLP
103 Eisenhower Parkway
Roseland, NJ 07068

Steven G. Ohrvall
Hill Boren
P.O. Box 3539
1269 North Higland Ave.
Jackson, TN 38033

Steven G. Ohrvall
Hill Boren
191 Jefferson Avenue
Memphis, TN 38103

Jami S. Oliver
Oliver Law Offices
471 East Broad Street, Suite 1303
Columbus, OH 43215

Ernest A. Panizzon
Ernest A. Panizzon Law Offices
P.O. Box 788
Santa Barbara, CA 93102-0788

R. Gordon Pate
Pate, Lloyd & Cochrun, LLP
P.O. Box 10448
Birmingham, AL 35202-0448

Robb W. Patryk
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Paul M. Perlstein
Perlstein Law Offices
P.O. Box 834
Doylestown, PA 18901-0834

Lewis Franklin Powell, III
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

James J. Ragen
Martens Ragen
705 Fifth Ave. S., Suite 150
Seattle, WA 98104-4425

B. Kristian W. Rasmussen
Levin Papantonio Thomas, et al.
316 South Baylen Street, Suite 600
Pensacola, FL 32502-5996

Michael J. Ryan
Krupnick, Campbell, Malone, Roselli, et al.
700 S.E. 3rd Avenue
Courthouse Law Plaza, Suite 100
Fort Lauderdale, FL 33316-1186

Daniel R. Santola
Powers, Santola Law Firm
39 North Pearl Street, Suite 2
Albany, NY 12207-2205

Joshua G. Schiller
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Stuart E. Scott
Spangenberg, Shibley & Liber, LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114-3400

Rebecca C. Sechrist
Bunda Stutz & Dewitt
One Seagate, Suite 650
Toledo, OH 43604

Anne M. Seibel
Bradley Arant Rose & White
One Federal Place
1819 5th Avenue North
P.O. Box 830709
Birmingham, AL 35203-2104

John Chandler Shea
Marks & Harrison
1500 Forest Ave.
P.O. Box 72020
Richmond, VA 23255-2020

Fredric V. Shoemaker
Greener, Banducci & Shoemaker, P.A
815 W. Idaho Street
Boise, ID 83702

Richard J. Simons
Furtado Jaspovice & Simons
22274 Main Street
Hayward, CA 94541

James Paul Sizemore
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Jonathan B. Skidmore
Fulbright & Jaworski
Texas Commerce Bank Tower
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784

Jennifer A. Slater Carlson
Otjen, Van Ert, Lieb & Wier, S.C.
700 North Water Street, Suite 800
Milwaukee, WI 53202-4206

W. Roger Smith, III
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Thomas M. Sobol
Hagens Berman, LLP
225 Franklin Street, 26th Floor
Boston, MA 02110

Randy J. Soriano
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Pamela Sotoodch
Kenneth B. Moll & Associates
Three First National Plaza
50th Floor
Chicago, IL 60602

Richard C. Stanley
Stanley, Flanagan & Reuter
LL&E Tower
909 Poydras Street, Suite 2500
New Orleans, LA 70112

Dori K. Stibolt
Steel Hector & Davis
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, , Suite 3600
St. Louis, MO 63102-2750

David C. Strouss
Thornton & Naumes, L.L.P.
100 Summer Street, 30th Floor
Boston, MA 02110

Bryant M. Struble
Thompson & Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101

Kenneth M. Suggs
Janet, Jenner And Suggs, LLC
1829 Reisterstown Rd., Suite 320
Baltimore, MD 21208

Robert Martin Tata
Hunton & Williams
500 East Main Street, Suite 1000
Norfolk, VA 23510

Maria D. Tejedor
540 N. Semoran Blvd.
Orlando, FL 32807

Stephen R. Thomas
Moffatt, Thomas, Barrett, Rock & Fields
P.O. Box 829
Boise, ID 83701

Gary P. Timin
Steel, Hector & Davis, PA
215 South Monroe Street, Suite 601
Tallahassee, FL 32301

Caroline T. Trost
Waller Lansden Dortch & Davis
P.O. Box 198966
Nashville, TN 37219-8966

William D. Vandever
Popham Law Firm, P.C.
323 West 8th Street, Suite 200
Kansas City, MO 64105-1679

J. Michael M. Veron
Bice, Palermo & Veron
713 Kirby Street
P.O. Box 2125
Lake Charles, LA 70602-2125

Marcus W. Viles
Viles & Beckham, P.A.
2075 West First Street, Suite 100
P.O. Box 2486
Ft. Myers, FL 33902

R. Scott Vincent
Leitner, Williams, Dooley & Napolitan, PLLC
254 Court Avenue
Second Floor
Memphis, TN 38103

C. Mark Warren
Houston, Warren & Griffin
707 Georgia Avenue, Suite 402
Chattanooga, TN 37402

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

James E. Whaley
Brown & James
1010 Market Street, 20th Floor
St Louis, MO 63101

Catherine Whitfield
Steel Hector & Davis
200 S. Biscayne Blvd., Suite 4000
Miami, FL 33131-2398

Benjamin C. Wilson
Rushton, Stakely, Johnston & Garrett
P.O. Box 270
Montgomery, AL 36101-0270

Phillip A. Wittmann
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130-3588

James L. Wright
Mithoff & Jacks, L.L.P.
1 Congress Plaza
111 Congress Avenue, Suite 1010
Austin, TX 78701-4073

Matthew Zuchetto
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 W. Sprague Ave.
Spokane, WA 99201-0466

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02354 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

James L. Wright
JACKS LAW FIRM
111 Congress Ave. Ste. 1010
Austin, TX 78701

Steven G. Ohrvall
HILL BOREN- Jackson
1269 N. Highland Ave.
P.O. Box 3539
Jackson, TN 38303--353

Richard Warren Mithoff
MITHOFF & JACKS, P.C.
One Allen Center Penthouse
500 Dallas
Houston, TX 77002

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Tommy Jacks
Mithoff & Jacks
111 Congress Avenue
Suite 1010
Austin, TX 78701

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Mark Guerrero
Mithoff & Jacks, P.C.
111 Congress Avenue
Suite 1010
Austin, TX 78701

Alyson Bustamante
BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Joseph R. Alexander
Mithoff & Jacks
One Allen Center Penthouse
500 Dallas
Houston, TX 77002

Honorable J. Breen
US DISTRICT COURT